**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MIRIAM BRILLEMAN,** | |
| **Plaintiff,** | **26-cv-1562 (ALC)** |
| -against- | **ORDER** |
| **CUSHMAN & WAKEFIELD U.S., INC.,** | |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed at the June 16, 2026, pre-motion conference, Plaintiff is granted leave to file an amended complaint.   Plaintiff shall file an amended complaint by **June 30, 2026**.   The parties are **ORDERED** to file a joint status report by **July 7, 2026**, regarding the status of settlement negotiations and the parties' positions concerning a referral to mediation or a settlement conference.

**SO ORDERED.**

Dated: June 17, 2026
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**