MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 7/10/2026

Kelley Drye

**Blythe E. Lovinger**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007

Tel: (212) 808-7825
Fax: (212)-808-7897
BLovinger@KelleyDrye.com

July 10, 2026

**By ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Brilleman v. Cushman & Wakefield U.S., Inc.
Case No. 1:26-cv-01562-ALC

Dear Judge Carter:

We represent Defendant Cushman & Wakefield U.S., Inc. ("Defendant") in the above-referenced action. We write with the consent of Plaintiff Miriam Brilleman ("Plaintiff") to respectfully request a stay of the deadline for Defendant to answer, move, or otherwise respond to the First Amended Complaint (the "Complaint") pending the outcome of mediation. On July 9, 2026, Your Honor referred this case to the Court-annexed Mediation Program. See ECF No. 20. Staying the deadline to respond to the Complaint while the parties participate in mediation will allow all parties to preserve resources.

Pursuant to Section I. D of Your Honor's Individual Rules and Practices we represent that: (1) the current deadline for Defendant to respond to the Complaint is July 13, 2026; (2) this is the second request for an extension of time in this case; (3) there have been no previous requests for an adjournment or extension of this deadline; and (4) counsel for Plaintiff consents to the requested stay.

We thank the Court for its attention and courtesy.

Respectfully submitted,

*/s/ Blythe E. Lovinger*

Blythe E. Lovinger

cc: All counsel of record (by ECF)

The parties' consent motion is GRANTED. This matter is STAYED pending the outcome of mediation.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 10, 2026